bitrios. Resuelto en mayo 22, 1922. No existe pliego de excepciones ni relación de hechos sin que se haya radicado alegato, y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1915. Ex parte Figueras, Peticionario y Apelante, v. El Pueblo, Apelado.—Corte de Distrito de Mayagüez. *Habeas Corpus*. Resuelto en mayo 23, 1922. No ha presentado el apelante alegato alguno y apareciendo de los autos que la resolución de la corte declarando sin lugar la petición estaba justificada por la evidencia del fiscal, por existir prueba suficiente para acusar al peticionario de asesinato en primer grado, se confirma la resolución recurrida.

No. 1912. El Pueblo, Apelado, v. Guasp, Apelante.— Corte de Distrito de Mayagüez. Infracción al artículo 16 de la ley de caza. Resuelto en mayo 23, 1922. No existe pliego de excepciones ni relación de hechos y no se ha radicado alegato. Visto el caso de *El Pueblo* v. *Villaveitía*, 26 D. P. R. 385, y no apareciendo de los autos error fundamental se confirma la sentencia, modificándola en el sentido de imponer $25 de multa y en defecto de pago, un día de cárcel por cada dollar dejado de satisfacer.

No. 361. Pérez Hnos., Peticionarios, v. Corte de Distrito de San Juan.—*Certiorari*. Resuelto en mayo 29, 1922. Por los fundamentos del caso *Guadalupe* v. *Berga, Juez de Distrito 29 D. P. R. 296,* se declara no haber lugar a librar el auto.

No. 1934. El Pueblo, Apelado, v. Santana, Apelante.— Corte de Distrito de Mayagüez. Acometimiento y agresión grave. Resuelto en mayo 29, 1922. No existiendo pliego de excepciones ni relación de pruebas y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2727. Garrastegui et al., Apelantes, v. Orta et al., Apelados.—Corte de Distrito de Ponce. Resuelto en marzo

31 de 1922. Examinada la moción del apelado sobre desestimación de la apelación y el artículo 42 del Reglamento de este tribunal, se desestima la apelación.

No. 2747. Dones, Peticionario-Apelante *v.* Benítez, Apelado.—No. 2748. Paz, Peticionario-Apelante, *v.* López, Apelado.—No. 2749. Ferrer, Peticionario-Apelante, *v.* Camuñas, Apelado.—No. 2750. Robles, Peticionario-Apelante, *v.* López, Apelado.—Corte de Distrito de Humacao. *Mandamus.* Resuelto en mayo 31, 1922. Examinadas las mociones de las partes apeladas sobre desestimación de apelación y las certificaciones que se acompañan, se resuelven de conformidad y se desestiman las apelaciones.

Nos. 365 y 366. San Juan Racing & Sporting Club, Peticionario, *v.* La Corte de Distrito de San Juan, Hon. Charles E. Foote, Juez, Demandado.—(Primer Distrito.) Autos de *certiorari.* Resueltos en junio 1, 1922. Habiéndose suscitado las mismas cuestiones que se proponen en otro procedimiento entre las mismas partes, pendiente de resolución, se declara no haber lugar a librar el auto.

Nos. 1941 y 1943. El Pueblo, Apelado, *v.* Mulero, Apelante.—Corte de Distrito de Humacao. Infracción a la ley de arbitrios. Resueltos en junio 2, 1922. Teniendo en cuenta los alegatos escritos y orales así como la prueba practicada en el juicio, la cual se considera suficiente, se confirman las sentencias respectivas.

No. 2786. Archilla, Apelante, *v.* Romeu, Apelado.— Corte de Distrito de San Juan, Primer Distrito. Retracto. Resuelto en junio 5, 1922. Vista la moción del apelante sobre desistimiento de apelación y la certificación que se acompaña se resuelve de conformidad y se tiene por desistido.

No. 526. Dorna, Recurrente, *v.* El Registrador de San Juan, Sección Segunda.—Recurso gubernativo, contra nota denegatoria de inscripción de escritura sobre ejecución hi-